Exhibits to Plaintiff's Motion for Summary Judgment

- A. Certified copy of Liberty Umbrella Policy

- B. Liberty's "New Hampshire Excess Uninsured Motorist Coverage Selection or Rejection Form" dated May 30, 2013

- C. Affidavit of Brendan Kelly

- D. Accident Report -- Motard/Kelly

- E. ACE policy Business Auto Declarations

- F. ACE policy New Hampshire UM endorsement

- G. Liberty coverage denial letter - Joseph Covert, December 10, 2014

- H. Affidavit of Melinda Gehris, Esq.

- I. Liberty's Index of Forms Submitted to NH Insurance Department

- J. Liberty Uninsured/Underinsured Pricing Grid for Plum Creek Timber Company