| | | | |
|---|---|---|---|
| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | Company Tracking #: CM-UMF-CW-004-10 |

EXHIBIT I

| | | | |
|---|---|---|---|
| State: | New Hampshire | Filing Company: | Liberty Insurance Corporation |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | |
| Product Name: | Commercial Umbrella | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | |

## General Information

Project Name: Submission of New Commercial Umbrella Product
Project Number: CM-UMF-CW-004-10
Reference Organization:
Reference Title:
Filing Status Changed: 11/15/2010
State Status Changed: 11/15/2010
Created By: Michelle Skidmore
Corresponding Filing Tracking Number: CM-UMR-CW-002-10

Status of Filing in Domicile:
Domicile Status Comments:
Reference Number:
Advisory Org. Circular:
Deemer Date:
Submitted By: Michelle Skidmore

Filing Description:
Project #CM-UMF-CW-004-10

LIBERTY INSURANCE CORPORATION – 11142404

RE: COMMERCIAL UMBRELLA

Requested Effective Date: 11/01/2010

We are filing for your review and approval the forms for our new Commercial Umbrella Product for the above noted company. We ask for your approval of this product with an effective date of 11/01/2010.

For your reference, please note that the corresponding rating for this product is filed accordingly under our project #CM-UMR-CW-002-10.

Please let me know if you should have any questions or concerns.

Your acknowledgement/approval of this submission is appreciated.

Sincerely,

Michelle Skidmore
State Filings Analyst
PO Box 8070
Wausau WI 54402-8070
1-877-792-8728 Ext 3203
Fax: 1-715-842-6828
Michelle.skidmore@libertymutual.com

| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | | Company Tracking #: | CM-UMF-CW-004-10 |
|---|---|---|---|---|---|
| | | | EXHIBIT I | | 2 |
| State: | New Hampshire | | | Filing Company: | Liberty Insurance Corporation |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | | | |
| Product Name: | Commercial Umbrella | | | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | | | |

# Table of Contents

## User Usage Agreement
### Attachments

| | | |
|---|---|---|
| Usage Agreement | | Usage Agreement.pdf |

### Form Attachments

| (ex. Form Name | Form Number | Attachment Name) |
|---|---|---|
| Commercial Liability - Umbrella Coverage Form | LCU 00 01 11 10 | LCU 00 01 11 10.pdf |
| Commercial Liability - Umbrella Declarations | LCU 00 02 11 10 | LCU 00 02 11 10.pdf |
| Notice of Cancellation to Additional Interest | LCU 02 01 11 10 | LCU 02 01 11 10.pdf |
| Druggist Liability Coverage | LCU 04 01 11 10 | LCU 04 01 11 10.pdf |
| Described Property In Your Care, Custody Or Control | LCU 04 02 11 10 | LCU 04 02 11 10.pdf |
| Employee Benefits Liability Coverage Limitation | LCU 04 04 11 10 | LCU 04 04 11 10.pdf |
| Non-Employment Discrimination Limitation | LCU 04 05 11 10 | LCU 04 05 11 10.pdf |
| Punitive or Exemplary Damages - Most Favorable Jurisdiction | LCU 04 06 11 10 | LCU 04 06 11 10.pdf |
| Professional Health Care Services By Employees or Volunteer Workers Coverage | LCU 04 07 11 10 | LCU 04 07 11 10.pdf |
| Professional Health Care Services By Employees Coverage | LCU 04 08 11 10 | LCU 04 08 11 10.pdf |
| Bodily Injury to Co-Employee Coverage | LCU 04 09 11 10 | LCU 04 09 11 10.pdf |
| Communicable Disease Exclusion | LCU 21 01 11 10 | LCU 21 01 11 10.pdf |
| Failure to Supply Exclusion | LCU 21 02 11 10 | LCU 21 02 11 10.pdf |
| Health or Exercise Clubs or Commercially Operated Health or Exercise Facilities Professional Liability Exclusion | LCU 21 03 11 10 | LCU 21 03 11 10.pdf |
| Contractors Professional Liability Exclusion Means and Methods Exception | LCU 21 05 11 10 | LCU 21 05 11 10.pdf |

| | | | |
|---|---|---|---|
| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | Company Tracking #: CM-UMF-CW-004-10 |

EXHIBIT I

3

| | |
|---|---|
| State: | New Hampshire |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess |
| Product Name: | Commercial Umbrella |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 |
| | Filing Company: Liberty Insurance Corporation |

| | | |
|---|---|---|
| Diacetyl Exclusion | LCU 21 06 11 10 | LCU 21 06 11 10.pdf |
| Aircraft Products and Grounding Exclusion | LCU 21 07 11 10 | LCU 21 07 11 10.pdf |
| Real Estate Property Managed Exclusion | LCU 21 08 11 10 | LCU 21 08 11 10.pdf |
| Respirable Dust Exclusion | LCU 21 11 11 10 | LCU 21 11 11 10.pdf |
| Employer's Liability Exclusion | LCU 21 12 11 10 | LCU 21 12 11 10.pdf |
| Internet Service Providers and Internet Access Providers Errors and Omissions Exclusions | LCU 21 13 11 10 | LCU 21 13 11 10.pdf |
| Web-Site Designers Professional Liability Exclusion | LCU 21 14 11 10 | LCU 21 14 11 10.pdf |
| Corporal Punishment Exclusion | LCU 21 15 11 10 | LCU 21 15 11 10.pdf |
| Natural Resource Damage Exclusion | LCU 21 16 11 10 | LCU 21 16 11 10.pdf |
| Silica Exclusion | LCU 21 18 11 10 | LCU 21 18 11 10.pdf |
| Silica or Silica - Related Dust Exclusion | LCU 21 19 11 10 | LCU 21 19 11 10.pdf |
| Contractors Professional Liability Exclusion | LCU 21 20 11 10 | LCU 21 20 11 10.pdf |
| Armed Security Guards Exclusion | LCU 21 21 11 10 | LCU 21 21 11 10.pdf |
| Aircraft or Watercraft Exclusion | LCU 21 22 11 10 | LCU 21 22 11 10.pdf |
| Injury to Independent Contractors Exclusion | LCU 21 23 11 10 | LCU 21 23 11 10.pdf |
| Designated Professional Services Exclusion | LCU 21 24 11 10 | LCU 21 24 11 10.pdf |
| Designated Products Exclusion | LCU 21 25 11 10 | LCU 21 25 11 10.pdf |
| Designated Work Exclusion | LCU 21 26 11 10 | LCU 21 26 11 10.pdf |
| Security Guards Exclusion | LCU 21 27 11 10 | LCU 21 27 11 10.pdf |
| Construction Defect Exclusion | LCU 21 28 11 10 | LCU 21 28 11 10.pdf |
| Federal Employer's Liability Laws Exclusion | LCU 21 29 11 10 | LCU 21 29 11 10.pdf |
| Abuse or Molestation Exclusion Persons in the Care, Custody or Control of Any Insured | LCU 21 30 11 10 | LCU 21 30 11 10.pdf |

| | | | |
|---|---|---|---|
| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | Company Tracking #: CM-UMF-CW-004-10 |

EXHIBIT I

4

| | |
|---|---|
| State: | New Hampshire |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess |
| Product Name: | Commercial Umbrella |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 |
| Filing Company: | Liberty Insurance Corporation |

| | | |
|---|---|---|
| Products and Professional Services (Druggists) Exclusion | LCU 21 31 11 10 | LCU 21 31 11 10.pdf |
| Professional Services (Druggists) Exclusion and Products-Completed Operations Limitation | LCU 21 32 11 10 | LCU 21 32 11 10.pdf |
| Spas or Personal Enhancement Facilities - Professional Liability Exclusion | LCU 21 33 11 10 | LCU 21 33 11 10.pdf |
| Specific Diseases Exclusion | LCU 21 34 11 10 | LCU 21 34 11 10.pdf |
| Designated Operations Exclusion | LCU 21 35 11 10 | LCU 21 35 11 10.pdf |
| Foreign Liability Exclusion | LCU 21 36 11 10 | LCU 21 36 11 10.pdf |
| Beryllium Exclusion | LCU 21 37 11 10 | LCU 21 37 11 10.pdf |
| Condominium Conversion Exclusion | LCU 21 38 11 10 | LCU 21 38 11 10.pdf |
| Personal and Advertising Injury Exclusion | LCU 21 39 11 10 | LCU 21 39 11 10.pdf |
| Designated Operations Covered By a Consolidated (Wrap-Up) Insurance Program Exclusion | LCU 21 40 11 10 | LCU 21 40 11 10.pdf |
| Contractual Liability Exclusion | LCU 21 41 11 10 | LCU 21 41 11 10.pdf |
| Computer Software - Professional Liability Exclusion | LCU 21 42 11 10 | LCU 21 42 11 10.pdf |
| Genetically Modified Organism Exclusion | LCU 21 44 11 10 | LCU 21 44 11 10.pdf |
| Pre-Acquisition Products or Operations Exclusion | LCU 21 45 11 10 | LCU 21 45 11 10.pdf |
| Formaldehyde Exclusion | LCU 21 46 11 10 | LCU 21 46 11 10.pdf |
| Damage First Occurring Prior to Policy Period Exclusion | LCU 21 47 11 10 | LCU 21 47 11 10.pdf |
| Scheduled Endorsement Exclusion | LCU 21 48 11 10 | LCU 21 48 11 10.pdf |
| Real Estate Development Exclusion | LCU 21 49 11 10 | LCU 21 49 11 10.pdf |
| Residential Construction Operations Exclusion | LCU 21 50 11 10 | LCU 21 50 11 10.pdf |

Case 1:15-cv-00234-JL   Document 27-13   Filed 05/20/16   Page 5 of 10

| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | | Company Tracking #: | CM-UMF-CW-004-10 |
|---|---|---|---|---|---|
| | | | EXHIBIT I | | 5 |

| State: | New Hampshire | | Filing Company: | Liberty Insurance Corporation |
|---|---|---|---|---|
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | | |
| Product Name: | Commercial Umbrella | | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | | |

| | | |
|---|---|---|
| Designated Residential Construction Operations Exclusion With Exception For Scheduled Residential Location(s), Projects(s) and Developments(s) | LCU 21 51 11 10 | LCU 21 51 11 10.pdf |
| Athletic or Sports Participants and Officials Exclusion | LCU 21 52 11 10 | LCU 21 52 11 10.pdf |
| Underlying Insurance With Sublimit Exclusion | LCU 21 53 11 10 | LCU 21 53 11 10.pdf |
| Advertising, Broadcasting, Printing, Publishing or Telecasting Exclusion | LCU 21 54 11 10 | LCU 21 54 11 10.pdf |
| Engineers, Architects or Surveyors Professional Liability Exclusion | LCU 21 55 11 10 | LCU 21 55 11 10.pdf |
| Construction Management Errors and Omissions Exclusion | LCU 21 56 11 10 | LCU 21 56 11 10.pdf |
| Testing or Consulting Errors and Omissions Exclusion | LCU 21 57 11 10 | LCU 21 57 11 10.pdf |
| Computer Data Processing Professional Liability Exclusion | LCU 21 58 11 10 | LCU 21 58 11 10.pdf |
| Electronic Data Processing Services and Computer Consulting or Programming Services Professional Liability Exclusion | LCU 21 59 11 10 | LCU 21 59 11 10.pdf |
| Telecommunications Equipment or Service Providers Errors and Omissions Exclusion | LCU 21 60 11 10 | LCU 21 60 11 10.pdf |
| Auto Coverages Exclusion | LCU 21 61 11 10 | LCU 21 61 11 10.pdf |
| Services Furnished By Health Care Providers Exclusion | LCU 21 62 11 10 | LCU 21 62 11 10.pdf |
| Invasive Medical Products Exclusion | LCU 21 63 11 10 | LCU 21 63 11 10.pdf |
| Athletic or Sports Participants Exclusion | LCU 21 64 11 10 | LCU 21 64 11 10.pdf |
| Internet Activities or Use Exclusion | LCU 21 65 11 10 | LCU 21 65 11 10.pdf |
| Construction Loan and Lender Operations Exclusion | LCU 21 66 11 10 | LCU 21 66 11 10.pdf |
| Residential Construction Operations Exclusion With Exception for Scheduled Location or Project | LCU 21 67 11 10 | LCU 21 67 11 10.pdf |

Case 1:15-cv-00234-JL Document 27-13 Filed 05/20/16 Page 6 of 10

| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | | Company Tracking #: | CM-UMF-CW-004-10 |
|---|---|---|---|---|---|

EXHIBIT I

6

| State: | New Hampshire | | Filing Company: | Liberty Insurance Corporation |
|---|---|---|---|---|
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | | |
| Product Name: | Commercial Umbrella | | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | | |

| | | |
|---|---|---|
| Athletic or Sports Participants and Officials Exclusion for Scheduled Operations | LCU 21 68 11 10 | LCU 21 68 11 10.pdf |
| Contractors Professional Liability-Limited Exclusion | LCU 21 69 11 10 | LCU 21 69 11 10.pdf |
| Professional Liability Exclusion Including But Not Limited to Specified Operations | LCU 21 70 11 10 | LCU 21 70 11 10.pdf |
| Bank and Other Financial Institution Operations Exclusion | LCU 21 71 11 10 | LCU 21 71 11 10.pdf |
| Bank and Other Financial Institution Operations Exclusion With Foreclosed Property Limitation | LCU 21 72 11 10 | LCU 21 72 11 10.pdf |
| Real Estate Operations Limitation | LCU 22 01 11 10 | LCU 22 01 11 10.pdf |
| Waiver of Sovereign Immunity | LCU 22 02 11 10 | LCU 22 02 11 10.pdf |
| Contractors Limitation | LCU 22 03 11 10 | LCU 22 03 11 10.pdf |
| Aircraft or Watercraft Exclusion (Including Watercraft Exception) | LCU 24 01 11 10 | LCU 24 01 11 10.pdf |
| Hotel, Motel and Restaurant - Pollution Limitation | LCU 24 02 11 10 | LCU 24 02 11 10.pdf |
| 1Aircraft or Watercraft Exclusion (Including Aircraft Exception) | LCU 24 03 11 10 | LCU 24 03 11 10.pdf |
| Designated Professional Services Exclusion With Exception for Bodily Injury | LCU 24 04 11 10 | LCU 24 04 11 10.pdf |
| Punitive or Exemplary Damages Limitation | LCU 24 05 11 10 | LCU 24 05 11 10.pdf |
| Products - Completed Operations Limitation | LCU 24 06 11 10 | LCU 24 06 11 10.pdf |
| Waiver of Transfer of Rights of Recovery Against Others to Us | LCU 24 07 11 10 | LCU 24 07 11 10.pdf |
| Designated Operations Covered By a Consolidated (Wrap-Up) Insurance Program Limitation | LCU 24 08 11 10 | LCU 24 08 11 10.pdf |
| Foreign Liability Limitation | LCU 24 09 11 10 | LCU 24 09 11 10.pdf |

| | | | | |
|---|---|---|---|---|
| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | Company Tracking #: | CM-UMF-CW-004-10 |

EXHIBIT I

7

| | |
|---|---|
| State: | New Hampshire |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess |
| Product Name: | Commercial Umbrella |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 |
| Filing Company: | Liberty Insurance Corporation |

| | | |
|---|---|---|
| Fungi or Bacteria Exclusion With Bodily Injury Exception for Legionella Bacterium | LCU 24 10 11 10 | LCU 24 10 11 10.pdf |
| Joint Venture - Insured's Interest | LCU 24 11 11 10 | LCU 24 11 11 10.pdf |
| Designated Construction Project General Aggregate Limit with Optional Capped Aggregate Limit | LCU 25 01 11 10 | LCU 25 01 11 10.pdf |
| Designated Location General Aggregate Limit and Designated Construction Project General Aggregate Limit With Optional Capped Aggregate Limit | LCU 25 02 11 10 | LCU 25 02 11 10.pdf |
| Supplementary Payments Limitation | LCU 25 03 11 10 | LCU 25 03 11 10.pdf |
| Designated Location General Aggregate Limit With Optional Capped Aggregate Limit | LCU 25 04 11 10 | LCU 25 04 11 10.pdf |
| Designated Location and Designated Construction Project General Aggregate Limit With Optional Capped Aggregate Limit | LCU 25 05 11 10 | LCU 25 05 11 10.pdf |
| Amendment of Limits of Insurance (Designated Location or Designated Construction Project) | LCU 25 06 11 10 | LCU 25 06 11 10.pdf |
| Amendment of Limits of Insurance (Additional Limits for Desgnated Location or Designated Construction Project) | LCU 25 07 11 10 | LCU 25 07 11 10.pdf |
| Limits of Insurance - Personal and Advertising Injury Aggregate Limit | LCU 25 08 11 10 | LCU 25 08 11 10.pdf |
| Non-Cumulation of Liability (Same Occurrence) | LCU 25 09 11 10 | LCU 25 09 11 10.pdf |
| Combined Limits of Insurance - Multiple Policies | LCU 25 10 11 10 | LCU 25 10 11 10.pdf |
| Single Aggregate Limit | LCU 25 11 11 10 | LCU 25 11 11 10.pdf |
| Total Pollution Exclusion | LCU 26 01 11 10 | LCU 26 01 11 10.pdf |
| Escape of Fuels, Lubricants, and Other Operating Fluids From a Covered Auto Exclusion | LCU 26 02 11 10 | LCU 26 02 11 10.pdf |

| | | | | |
|---|---|---|---|---|
| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | Company Tracking #: | CM-UMF-CW-004-10 |

# EXHIBIT I

8

| | | | |
|---|---|---|---|
| State: | New Hampshire | Filing Company: | Liberty Insurance Corporation |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | |
| Product Name: | Commercial Umbrella | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | |

| | | |
|---|---|---|
| Contractor or Subcontractor Release of Gases, Fumes or Vapors Sustained Within a Building Exclusion | LCU 26 03 11 10 | LCU 26 03 11 10.pdf |
| Escape of Fuels, Lubricants, and Other Operating Fluids For the Operation of Mobile Equipment Exclusion | LCU 26 04 11 10 | LCU 26 04 11 10.pdf |
| Hostile Fire Exclusion - Pollution | LCU 26 05 11 10 | LCU 26 05 11 10.pdf |
| Building Heating, Cooling and Dehumidifying Equipment Exclusion - Pollution | LCU 26 06 11 10 | LCU 26 06 11 10.pdf |
| Upset or Overturn - Pollution Limitation | LCU 26 07 11 10 | LCU 26 07 11 10.pdf |
| Upset or Overturn - Pollution Limitation Including Covered Pollution Cost or Expense | LCU 26 08 11 10 | LCU 26 08 11 10.pdf |
| Your Product - Pollution Limitation | LCU 26 09 11 10 | LCU 26 09 11 10.pdf |
| Total Pollution Exclusion With a Building Heating, Cooling and Dehumidifying Equipment Exception | LCU 26 10 11 10 | LCU 26 10 11 10.pdf |
| Total Pollution Exclusion With a Building Heating, Cooling and Dehumidifying Equipment Exception and a Hostile Fire Exception | LCU 26 11 11 10 | LCU 26 11 11 10.pdf |
| Total Pollution Exclusion With a Hostile Fire Exception | LCU 26 12 11 10 | LCU 26 12 11 10.pdf |
| Pesticide or Herbicide Applicator-Pollution Limitation | LCU 26 13 11 10 | LCU 26 13 11 10.pdf |
| Bodily Injury Redefined | LCU 29 01 11 10 | LCU 29 01 11 10.pdf |
| Retained Limit - Foreign Liability | LCU 29 02 11 10 | LCU 29 02 11 10.pdf |
| Retained Limit - Foreign Currency | LCU 29 03 11 10 | LCU 29 03 11 10.pdf |
| Insured Contract - Causation Provision | LCU 29 04 11 10 | LCU 29 04 11 10.pdf |
| Occurrence Redefined for Specified Products | LCU 29 05 11 10 | LCU 29 05 11 10.pdf |
| Personal and Advertising Injury Redefined Injury to the Feelings or Reputation | LCU 29 06 11 10 | LCU 29 06 11 10.pdf |

| | | | |
|---|---|---|---|
| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | Company Tracking #: CM-UMF-CW-004-10 |
| State: | New Hampshire | Filing Company: | Liberty Insurance Corporation |
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | |
| Product Name: | Commercial Umbrella | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | |

| | | |
|---|---|---|
| Other Insurance Redefined | LCU 29 08 11 10 | LCU 29 08 11 10.pdf |
| Products - Completed Operations Hazard Redefined | LCU 29 09 11 10 | LCU 29 09 11 10.pdf |
| Underlying Coverage Warranty For Certified Acts Of Terrorism | LCU 60 01 11 10 | LCU 60 01 11 10.pdf |
| Broad Form Named Insured | LCU 99 01 11 10 | LCU 99 01 11 10.pdf |
| Notice of Occurrence | LCU 99 02 11 10 | LCU 99 02 11 10.pdf |
| Composite Rate | LCU 99 03 11 10 | LCU 99 03 11 10.pdf |
| Other Insurance - Additional Insured | LCU 99 04 11 10 | LCU 99 04 11 10.pdf |
| Declarations Extension - Named Insured | LCU 99 05 11 10 | LCU 99 05 11 10.pdf |
| New Hampshire Excess Uninsured Motorists Coverage | LCU 31 04 11 10 | LCU 31 04 11 10 - New Hampshire Excess Uninsured Motorists Coverage.pdf |
| New Hampshire Excess Uninsured Motorists Coverage Selection or Rejection Form | UU NH 02 11 10 | UU NH 02 11 10 NH Selection-Rejection Form-Revised 11-12-10.pdf |
| New Hampshire Changes - Cross Claims Exclusion | LCU 32 42 11 10 | LCU 32 42 11 10.pdf |
| New Hampshire Changes - Cross Claims For Named Insureds Exclusion | LCU 32 43 11 10 | LCU 32 43 11 10.pdf |
| Uninsured/Underinsured Motorist Limitation for Scheduled Individuals | LCU 04 03 11 10 | LCU 04 03 11 10.pdf |
| Personal Liability Coverage Limitation | LCU 04 10 11 10 | LCU 04 10 11 10.pdf |
| Cross Claims Exclusion | LCU 21 04 11 10 | LCU 21 04 11 10.pdf |
| Cross Claims for Named Insureds Exclusion | LCU 21 09 11 10 | LCU 21 09 11 10.pdf |
| Critical Auto Parts Exclusion | LCU 21 10 11 10 | LCU 21 10 11 10.pdf |
| Liquor Liability Exclusion | LCU 21 17 11 10 | LCU 21 17 11 10.pdf |
| Subsidence Exclusion | LCU 21 43 11 10 | LCU 21 43 11 10.pdf |

| SERFF Tracking #: | LWCM-126671549 | State Tracking #: | | Company Tracking #: | CM-UMF-CW-004-10 |
|---|---|---|---|---|---|

| State: | New Hampshire | | Filing Company: | Liberty Insurance Corporation |
|---|---|---|---|---|
| TOI/Sub-TOI: | 17.0 Other Liability-Occ/Claims Made/17.0020 Commercial Umbrella and Excess | | | |
| Product Name: | Commercial Umbrella | | | |
| Project Name/Number: | Submission of New Commercial Umbrella Product/CM-UMF-CW-004-10 | | | |

| Single Aggregate Limit | LCU 25 11 11 10 | LCU 25 10 11 10 (1).pdf |
|---|---|---|
| Mobile Equipment Redefined | LCU 29 07 11 10 | LCU 29 07 11 10.pdf |
| New Hampshire Excess Uninsured Motorists Coverage Selection or Rejection Form | UU NH 02 11 10 | UU NH 02 11 10 New Hampshire Selection-Rejection Form-Revised 10-14.pdf |
| New Hampshire Excess Uninsrued Motorists Coverage Selection or Rejection Form | UU NH 02 11 10 | UU NH 02 11 10 - New Hampshire Selection-Rejection Form.pdf |

**Supporting Document Attachments**  (ex. Supporting Document Name    Attachment Name)

Filing Memorandum                                                CW Forms Inventory.pdf