| ACE American Insurance Company<br>436 Walnut Street<br>Philadelphia PA 19106 | **Business Auto Declarations** |
|---|---|
| POLICY NUMBER: ISA H08684935 | EXPIRING POLICY NUMBER: ISA H08246129 |
| | RENEWAL |

**ITEM ONE**

Named Insured: Plum Creek Timber Company, Inc.      See # 10 - Named Insured

Address: 999 Third Avenue, Suite 4300
Seattle, WA 98104

---

Producer Number: 244092
Producer Name: AON RISK INSURANCE SERVICES
Producer Address: 1420 FIFTH AVENUE
SEATTLE, WA 98101-4030

---

Form of Business:   [X] Corporation      [ ] Limited Liability Company
                    [ ] Other:

Named Insured's business: Real Estate Investment Trusts

Policy Period: Policy covers from 06/01/2013 to 06/01/2014 12:01 am standard time at the named insured's address stated above.

Audit Period: Annual, unless otherwise stated: [ ] Semi-Annual [ ] Quarterly [ ]
Total Advance Premium (Including surcharges): $66,715.00
Refer to Surcharge Schedule for surcharge amounts and rates.

In return for the payment of premium and subject to all the terms of this policy we agree with you to provide the insurance as stated in this policy.

---

DA-19661a (12/2008)     Copyright, Insurance Services Office, Inc. 2000     Page 1 of 9

L000808



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $1,000,000 | $Included |
| PERSONAL INJURY PROTECTION (or equivalent No fault Coverage) | 5 | SEPARATELY STATED IN EACH P.I.P ENDORSEMENT $ N/A DED | $Included |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | $ |
| OPTIONAL BASIC ECONOMIC LOSS COVERAGE (New York Only) | | $ | $ |
| ADDITIONAL PERSONAL INJURY PROTECTION (New York Only) | | $ <br> Maximum Monthly Work Loss $ <br> Death Benefit $ <br> Other Necessary Expense (per day) $ | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE P.P.I ENDORSEMENT. MINUS $ DED FOR EACH ACCIDENT. | $ |
| MEDICAL PAYMENTS | | $ | $ |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS | | SEPARATELY STATED IN THE P.P.I ENDORSEMENT. MEDICAL EXPENSE BENEFITS $ EACH PERSON INCOME LOSS BENEFITS $ EACH PERSON | $ |
| UNINSURED MOTORISTS | 6 | $ See DA14671  minimum required by statute | $Included |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists) (Not Applicable in New York) | 6 | $ See DA14671  minimum required by statute | $Included |

DA-19661a (12/2008)   Copyright, Insurance Services Office, Inc. 2000   Page 2 of 9

L000809



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

POLICY NUMBER:  ISA H08684935

ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS (Continued)

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Truckers Coverage Form shows which autos are covered autos) | LIMIT<br>THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| SUPPLEMENTARY UNINSURED/ UNDERINSURED MOTORIST<br><br>(New York only) | | $<br>The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by the motor vehicle Bodily Injury liability insurance and policy or bond payments received from, or on behalf of, any negligent party involved in the accident as specified in the SUM endorsement. | $ |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $N/A DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. (N/A to private passenger type vehicles in NY).<br>**See Schedule On File With Company For Vehicle Deductibles.**<br>See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM.<br>**See Schedule On File With Company For Vehicle Deductibles.**<br>See ITEM FOUR For Hired Or Borrowed "Autos." | $ |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $N/A DED FOR EACH COVERED AUTO FOR LOSS CAUSED BY COLLISION<br>**See Schedule On File With Company For Vehicle Deductibles.**<br>See ITEM FOUR For Hired Or Borrowed "Autos." | $ |
| PHYSICAL DAMAGE TOWING AND LABOR | | $ for each disablement of a private passenger auto. | $ |

ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

### DESCRIPTION

| Covered Auto No | Year, Model, Trade Name, Serial Number or Vehicle Identification Number (VIN) | Original Cost New | Terr Code |
|---|---|---|---|
| | AS PER SCHEDULE ON FILE WITH COMPANY | | |

## ITEM FOUR - SCHEDULE OF HIRED OR BORROWED AUTO COVERAGE AND PREMIUMS

### LIABILITY COVERAGE - RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (if liab. cov. is primary) | PREMIUM |
|---|---|---|---|---|
| All States on File With Us | $If Any | $ | | $Included |
| | | | TOTAL PREMIUM | $Included |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including 'autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

### PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. (N/A to Private Passenger type vehicles in NY). | $ | $ | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO. | $ | $ | $ |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

## ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than A Social Service Agency | Number of Employees | 25 | $Included |
| | Number of Partners | | $ |
| Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| Garage Service Operations | Number of Employees | | $ |
| | Number of Partners | | $ |
| | | TOTAL PREMIUM | $Included |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

FORMS AND ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION

## SCHEDULE OF NOTICES

| Form No. | Description |
| --- | --- |
| ALL208871006 | ACE Producer Compensation Practices & Policies |
| ALL2Y31b | Arkansas Notice To Policyholders |
| ALL8Z41 7/2000 | Georgia Notice |
| ALL301520710 | Important Information To Idaho Policyholders Regarding Your Insurance |
| ALL389690812 | Important Notice - Wisconsin |
| DA9T21 | Important Notice To Our Oregon Policyholders |
| ALL4Y30d | Information And Complaints |
| ALL8W17b0912 | Notice To Our Florida Property And Casualty Policyholders Guidelines For Loss Control Plans |
| ALL5X45 | Questions About Your Insurance? |
| ALL11559d | Risk Control Services For Texas Policyholders |
| DA8S71a0212 | Texas Auto Theft Prevention |
| ILP0010104 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| ALL5X51a0206 | Wisconsin Notice To Policyholders |

## SCHEDULE OF COVERAGE FORMS

| Form No. | Description |
| --- | --- |
| CA00010310 | Business Auto Coverage Form |

## SCHEDULE OF ENDORSEMENTS

| Endt. No. | Form No. | Description |
| --- | --- | --- |
| 1 | ALL22421 | Surcharge Schedule |
| 2 | CC1K11G | Signatures |
| 3 | DA9U74A | Additional Insured - Designated Persons Or Organizations |
| 4 | DA14676 | Amendatory Endorsement |
| 5 | ALL10617a0606 | Earlier Notice Of Cancellation And Non-Renewal Endorsement |
| 6 | DA14671 | Limits Of Insurance - Uninsured Motorists/Underinsured Motorists |
| 7 | DA9T51 | Mexico Coverage Endorsement |
| 8 | ALL180571211 | Notification Of Premium Adjustment |
| 9 | DA19479d | Reimbursement Of Deductible Endorsement Allocated Loss Adjustment Expense ("ALAE") Included In The Deductible Amount |
| 10 | DA13118 | Schedule Of Named Insureds |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

| Endt. No. | Form No. | Description |
|---|---|---|
| 11 | ALL211011106 | Trade Or Economic Sanctions Endorsement |
| 12 | DA14672a | Unintentional Errors & Omissions |
| 13 | DA13115 | Waiver Of Transfer Of Rights Of Recovery Against Others |
| 14 | IL09130498 | Insurance Inspection Services Exemption From Liability |
| 15 | IL00210908 | Nuclear Energy Liability Exclusion Endorsement |
| 16 | CA99100902 | Drive Other Car Coverage - Broadened Coverage For Named Individuals |
| 17 | CA99330299 | Employees As Insureds |
| 18 | CA20551001 | Fellow Employee Coverage |
| 19 | CA99480306 | Pollution Liability - Broadened Coverage For Covered Autos - Business Auto, Motor Carrier And Truckers Coverage Forms |
| 20 | CA01621007 | Arkansas Changes |
| 21 | CA01280309 | Florida Changes |
| 22 | CA02671112 | Florida Changes - Cancellation And Nonrenewal |
| 23 | CA22100108 | Florida Personal Injury Protection |
| 24 | CA01091004 | Georgia Changes |
| 25 | CA01181100 | Idaho Changes |
| 26 | CA01030310 | Louisiana Changes |
| 27 | CA01340609 | Maine Changes |
| 28 | CA21740608 | Maine Uninsured Motorists Coverage |
| 29 | CA01100311 | Michigan Changes |
| 30 | CA02170394 | Michigan Changes - Cancellation And Nonrenewal |
| 31 | CA22200311 | Michigan Personal Injury Protection |
| 32 | CA02201003 | Montana Changes - Cancellation And Nonrenewal |
| 33 | CA02620110 | New Hampshire Changes - Cancellation And Nonrenewal |
| 34 | CA01110110 | New Hampshire Changes In Policy |
| 35 | CA31261108 | New Hampshire Uninsured Motorists Coverage |
| 36 | CA01490110 | Oregon Changes |
| 37 | CA22360110 | Oregon Personal Injury Protection |
| 38 | CA21050110 | Oregon Uninsured Motorists Coverage - Bodily Injury |
| 39 | CA21870110 | Oregon Uninsured Motorists Coverage - Property Damage Private Passenger Types |
| 40 | CA01500306 | South Carolina Changes |
| 41 | CA02300410 | South Carolina Changes - Cancellation And Nonrenewal |
| 42 | CA21190306 | South Carolina Uninsured Motorists Coverage |
| 43 | CA01960312 | Texas Changes |
| 44 | CA02430301 | Texas Changes - Cancellation And Nonrenewal |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

| Endt. No. | Form No. | Description |
|---|---|---|
| 45 | CA22640708 | Texas Personal Injury Protection Endorsement |
| 46 | CA01350108 | Washington Changes |
| 47 | CA01830902 | West Virginia Changes |
| 48 | CA02520394 | West Virginia Changes - Cancellation |
| 49 | CA01890394 | West Virginia Changes - Coverage Extension For Temporary Substitute Autos |
| 50 | CA21220212 | West Virginia Uninsured And Underinsured Motorists Coverage |
| 51 | CA99241111 | Wisconsin Auto Medical Payments Coverage |
| 52 | CA01171111 | Wisconsin Changes |
| 53 | CA21031111 | Wisconsin Uninsured Motorists Coverage |
| 54 | IL02310908 | Arkansas Changes - Cancellation And Nonrenewal |
| 55 | IL09090398 | Arkansas Notice |
| 56 | IL02620908 | Georgia Changes - Cancellation And Nonrenewal |
| 57 | IL02040908 | Idaho Changes - Cancellation And Nonrenewal |
| 58 | IL02770312 | Louisiana Changes - Cancellation And Nonrenewal |
| 59 | IL02470211 | Maine Changes - Cancellation And Nonrenewal |
| 60 | IL01890907 | Maine Changes - Concealment, Misrepresentation Or Fraud |
| 61 | IL02860908 | Michigan Changes - Cancellation And Nonrenewal |
| 62 | IL02820908 | Mississippi Changes - Cancellation And Nonrenewal |
| 63 | IL01800907 | Montana Changes - Concealment, Misrepresentation Or Fraud |
| 64 | IL01670908 | Montana Changes - Conformity With Statutes |
| 65 | IL01450908 | New Hampshire Changes - Civil Union |
| 66 | IL01870907 | New Hampshire Changes - Concealment, Misrepresentation Or Fraud |
| 67 | IL01980908 | Nuclear Energy Liability Exclusion Endorsement |
| 68 | IL02790908 | Oregon Changes - Cancellation And Nonrenewal |
| 69 | IL01420908 | Oregon Changes - Domestic Partnership |
| 70 | IL01460810 | Washington Common Policy Conditions |
| 71 | IL02810489 | West Virginia Changes - Cancellation |
| 72 | IL02830907 | Wisconsin Changes - Cancellation And Nonrenewal |

ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H08684935

THIS DECLARATION AND THE BUSINESS AUTO POLICY AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

COUNTERSIGNED BY _____

AUTHORIZED AGENT