| | |
|---|---|
| From: | Stuart, Paul E |
| To: | Covert, Joseph; Lisa Duetsch |
| Subject: | RE: Brenda Kelly-Plum Creek DOL-12/10/2013 |
| Date: | Friday, September 05, 2014 5:12:59 PM |

Joseph,

The primary policy has UM/UIM limits equal to the BI limits. There was not a coverage letter sent.

Please let me know if you need anything else.

Thanks,

Paul Stuart
Claims Director
**ACE North American Claims**
Direct:  818-428-3767
Fax:      866-635-5687
Paul.Stuart@acegroup.com

We are operating in a paperless environment. Please send all correspondence and reports to our scanning center at:
ACE ARM Claims
P.O. Box 5113
Scranton, PA 18505-0530
*Please consider the environment before printing this e-mail*

**From:** Covert, Joseph [mailto:JOSEPH.COVERT@LibertyMutual.com]
**Sent:** Wednesday, August 27, 2014 12:11 PM
**To:** Lisa Duetsch; Stuart, Paul E
**Subject:** RE: Brenda Kelly-Plum Creek DOL-12/10/2013

Thanks Lisa.

Paul, Liberty Mutual has the umbrella policy above your primary coverage. Have you completed your coverage investigation and determined if your policy provides UM/UIM benefits for this loss? Please forward a copy of your letter. Thanks!

Best regards,

Joseph P. Covert C.P.C.U, ARM
Complex Claims-Specialty Claims Unit
Commercial Market Liability Claims
Mail Stop 01F
Liberty Mutual Insurance
100 Liberty Way