# Exhibit 1

10-K 1 a10-k20111231.htm FORM 10-K

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2011

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
Commission file number 1-10239

# PLUM CREEK TIMBER COMPANY, INC.
(Exact name of registrant as specified in its charter)

| Organized in the State of Delaware | I.R.S. Employer Identification No. 91-1912863 |
|---|---|

**999 Third Avenue, Suite 4300**
**Seattle, Washington 98104-4096**
**Telephone: (206) 467-3600**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of exchange on which registered |
|---|---|
| Common Stock, par value $0.01 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:    None

Indicate by a check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S–K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10–K or any amendment to this Form 10–K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

The aggregate market value of the voting common stock held by non-affiliates based on the closing sales price on June 30, 2011, was $6,543,356,610. For this calculation, all executive officers, directors and stockholders owning more than 5% of the outstanding common stock have been deemed affiliates. Such determination should not be deemed an admission that such executive officers, directors and stockholders are, in fact, affiliates of the registrant.

The number of outstanding shares of the registrant's common stock, as of February 15, 2012 was 161,406,910.

## DOCUMENTS INCORPORATED BY REFERENCE

List hereunder the following documents if incorporated by reference and the Part of the Form 10–K (e.g., Part I, Part II, etc.) into which the document is incorporated:

Portions of the Proxy Statement for registrant's 2012 Annual Meeting of Shareholders to be held on May 8, 2012, are incorporated by reference into Part III of this Annual Report on Form 10-K.

Table of Contents

## Signatures

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

                        PLUM CREEK TIMBER COMPANY, INC. (Registrant)

By:     /s/    RICK R. HOLLEY
            Rick R. Holley
      President and Chief Executive Officer

## Power of Attorney

Each person whose signature to this Annual Report on Form 10-K appears below hereby constitutes and appoints Rick R. Holley, David W. Lambert and James A. Kraft, and each of them, as his or her true and lawful attorney-in-fact and agent, with full power of substitution, to sign on his behalf individually and in the capacity stated below and to perform any acts necessary to be done in order to file any and all amendments to this Annual Report on Form 10-K, and any and all instruments or documents filed as part of or in connection with this Annual Report on Form 10-K or any amendments thereto, and each of the undersigned does hereby ratify and confirm all that said attorney-in-fact and agent, or his substitutes, shall do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ John F. Morgan, Sr.<br>John F. Morgan, Sr. | Director, Chairman of the Board | February 24, 2012 |
| /s/ Rick R. Holley<br>Rick R. Holley | President and Chief Executive Officer, Director | February 24, 2012 |
| /s/ Robin Josephs<br>Robin Josephs | Director | February 24, 2012 |
| /s/ John G. McDonald<br>John G. McDonald | Director | February 24, 2012 |
| /s/ Robert B. McLeod<br>Robert B. McLeod | Director | February 24, 2012 |
| /s/ Marc F. Racicot<br>Marc F. Racicot | Director | February 24, 2012 |
| /s/ John H. Scully<br>John H. Scully | Director | February 24, 2012 |

| | | | |
|---|---|---|---|
| /s/ Lawrence A. Selzer | Director | | February 24, 2012 |
| Lawrence A. Selzer | | | Date |
| /s/ Stephen C. Tobias | Director | | February 24, 2012 |
| Stephen C. Tobias | | | Date |
| /s/ Martin A. White | Director | | February 24, 2012 |
| Martin A. White | | | Date |
| /s/ David W. Lambert | Senior Vice President and Chief Financial Officer | | February 24, 2012 |
| David W. Lambert | | | Date |
| /s/ David A. Brown | Vice President, Chief Accounting Officer | | February 24, 2012 |
| David A. Brown | | | Date |