```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Brendan Kelly

    v.                                Civil No. 15-cv-234-JL

Liberty Insurance Corporation

**PROCEDURAL ORDER**

The bench trial in this matter will commence **February 13, 2018 at 9:00 a.m.** in Courtroom 2. On or before **January, 22, 2018**, each party shall file:

    A.    The materials required by Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16.2(a);

    B.    Any motions in limine (keeping in mind that the case will be tried without a jury);

    C.    A **jointly filed, joint statement** of agreed-upon facts. Counsel shall confer (preferably in person, or else by telephone) in a good-faith effort to identify all areas of agreement and to make the statement of facts and timeline (see below) as comprehensive as possible, so that open court testimony can focus on matters truly in dispute. Counsel are expressly discouraged from simply "recycling" factual statements submitted during previous motion practice in this case; and

D.  A **jointly filed, joint timeline** of significant events setting forth all pertinent dates, times, and events, **in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) (font, type size, graphics) with respect to the timeline)**.

On or before **January 26, 2018**, each party shall file the trial memorandum (not to exceed 25 pages) and request for findings of fact and rulings of law required by Local Rule 16.2(b)(2).

On or before **January 29, 2018 at 3pm**, each party shall file any objections to the other side's final pretrial materials, as provided by Rule 26(a)(3)(B) and Local Rule 16.2(d).  The final pretrial conference in this matter shall take place on **January 30, 2018 at 2:00 p.m.**

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated:  December 29, 2017

cc:  Robert A. Stein, Esq.
     Diane P. Hock, Esq.
     Nancy D. Adams, Esq.
     Lavinia M. Weizel, Esq.
     John B. Schulte, Esq.